## M. J. MOORE, Appellant, v. Clyde ECKOLS, Appellee.

### No. 10934.

Court of Civil Appeals of Texas. San Antonio.

April 2, 1941.

J. O. Faith, of Karnes City, for appellant.

W. T. Scarborough, of Kenedy, for appellee.

PER CURIAM.

The case is one of fact which the trial judge resolved against appellant, upon what is deemed sufficient evidence. No good purpose can be served by filing a written opinion, and under the now settled rule none will be filed. Page v. Hart, Tex.Civ. App., 124 S.W.2d 399; Tucker v. Higdon, Tex.Civ.App., 115 S.W.2d 973, and authorities there cited; Texas & N. O. Ry. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.

Affirmed.